

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2015

No. 04-15-00352-CV

**IN THE INTEREST OF A.M.Y., ET AL.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01855
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of an order terminating the parental rights of each parent, the child's mother and father filed separate notices of appeal and separate briefs. The parents' briefs were filed on July 20, 2015. The State's brief was due on August 10, 2015. *See* TEX. R. APP. P. 38.6(b).

On August 11, 2015, the State filed a first motion for an extension of time to file its brief until August 31, 2015, and advised the court the State will seek no further extensions.

The State's motion is GRANTED. *See id.* R. 38.6(d). The State must file its brief with this court by August 31, 2015.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2015.

Keith E. Hottle
Clerk of Court

